UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY CLARKIN,<br><br>        Plaintiff,<br><br>v.<br><br>WHEATON COLLEGE and<br>PROFESSOR TIMOTHY BARKER,<br><br>        Defendants. | **Civil Action No. 05-11376 NMG** |

**WHEATON COLLEGE'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Wheaton College states the following:

1. Wheaton College has no parent company.

2. No public company owns ten percent (10%) or more of Wheaton College.

        Respectfully submitted,

        WHEATON COLLEGE,

        By its attorneys,

        HOLLAND & KNIGHT LLP

        _/s/ Miriam J. McKendall_
        Miriam J. McKendall, P.C. (BBO 548825)
        Maura J. Gerhart (BBO 654695)
        Holland & Knight LLP
        10 St. James Avenue
        Boston, Massachusetts 02116
        (617) 523-2700

Dated: July 7, 2005
# 3041656_v1

## **CERTIFICATE OF SERVICE**

    I certify that I have caused a true and correct copy of the foregoing Wheaton College's Corporate Disclosure Statement to be served on the parties listed below via first class mail on this 7th day of July, 2005:

    Diane P. Caggiano, Esq.
    Law Offices of Diane P. Caggiano
    404 Main Street
    Centerville, MA  02632

    /s/ Maura J. Gerhart
    Maura J. Gerhart, Esq.

# 3041656_v1

2

# 3041656_v1