UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY CLARKIN,<br><br>                    Plaintiff,<br><br>v.<br><br>WHEATON COLLEGE and<br>TIMOTHY BARKER,<br><br>                    Defendants. | **Civil Action No. 05-11376 NMG** |

## **DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, Defendants Wheaton College and Timothy Barker and their counsel affirm that they have conferred: (1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and (2) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

WHEATON COLLEGE,

_____
By: Sue Alexander,
Dean of Students


_____
**Timothy Barker**

Dated: December 15, 2005

COUNSEL FOR WHEATON COLLEGE
And TIMOTHY BARKER,

_____
Miriam J. McKendall (BBO 548825)
Maura J. Gerhart (BBO 654695)
Holland & Knight LLP
10 St. James Avenue
Boston, Massachusetts 02116
(617) 523-2700