UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY CLARKIN,<br><br>        Plaintiff,<br><br>v.<br><br>WHEATON COLLEGE and<br>PROFESSOR TIMOTHY BARKER,<br><br>        Defendants. | Civil Action No. 05-11376 NMG |

## DEFENDANTS' PROPOSED STATEMENT SUBMITTED PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1

Pursuant to Fed. R. Civ. P. 26(f), Local Rule 16.1 and this Court's Notice dated November 14, 2005, Defendants Wheaton College and Timothy Barker submit this proposed statement and proposed pre-trial schedule.

**I.    Agenda for Scheduling Conference**

Defendants propose that the agenda for the December 21, 2005 initial scheduling conference include discussion of the following:

    a.    settlement status; and

    b.    the proposed discovery plan.

As required under Fed. R. Civ. P. 26(f) and Local Rule 16.1(B), counsel conferred on December 6, 2005 to establish the proposed agenda and pre-trial schedule. Defendants' counsel submitted a draft proposed "Joint Statement Submitted Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1" to Plaintiff's counsel, but has not received a response from Plaintiff's counsel, despite numerous follow-up inquiries.

## II. Proposed Discovery Plan

### a. Initial Disclosures

Defendants propose that the disclosure of relevant documents and information required by Fed. R. Civ. P. 26(a)(1) be completed on or before January 6, 2006.

### b. Fact Discovery Deadline

Defendants propose that all fact discovery, including depositions, be completed on or before August 1, 2006.

### c. Written Discovery Deadline

Defendants propose that written discovery requests to a party be served at any time after the scheduling conference, provided that the party serving such requests has first made the initial disclosures required by Local Rule 26.2(A).

### d. Depositions

Defendants propose that each party may notice and take depositions at any time after the scheduling conference, provided that the party has first made initial disclosures required by Local Rule 26.2(A). Defendants also propose that the parties be limited to a total of ten depositions per side in accordance with Local Rule 26.1(C).

### e. Expert Disclosure and Discovery

Defendants propose that Plaintiff must designate expert witnesses, if any, and produce expert reports on or before August 1, 2006, Defendants must designate expert witnesses, if any, and produce expert reports on or before September 1, 2006, and the depositions of expert witnesses must be completed on or before October 1, 2006.

## III. Filing of Motions

Defendants propose that all amendments to pleadings and joinder of additional parties shall be filed on or before April 6, 2006.

2

Defendants propose that any motions under Fed. R. Civ. P. 56 must be filed on or before November 6, 2006, and opposition papers to such motions must be filed on or before December 6, 2006. Reply memoranda, if any, shall be filed on or before December 22, 2006.

IV.     **Proposed Conferences with Court and Final Pre-Trial Conference**

Defendants agree to the scheduling of a final pre-trial conference within thirty (30) days of receipt of a decision of any pending dispositive motions, if dispositive motions are filed. If no such dispositive motions are filed, Defendants propose that the final pre-trial conference be scheduled in December, 2006.

V.      **Trial by Magistrate Judge**

Defendants do not consent to trial by Magistrate Judge at this time.

VI.     **Compliance with Local Rule 16(D)(3)**

Plaintiff's Local Rule 16.1(D)(3) certification is to be filed prior to the scheduling conference. Defendants' Local Rule 16.1(D)(3) certification was filed on December 19, 2005.

Respectfully submitted,

WHEATON COLLEGE and TIMOTHY BARKER,

By their attorneys,

HOLLAND & KNIGHT LLP

_____
Miriam J. McKendall, P.C. (BBO# 548825)
Maura J. Gerhart (BBO# 654695)
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: December 20, 2005

# 3467938_v1