UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY CLARKIN,<br><br>            Plaintiff,<br><br>v.<br><br>WHEATON COLLEGE and<br>PROFESSOR TIMOTHY BARKER,<br><br>            Defendants. | Civil Action No. 05-11376 NMG |

## DEFENDANTS' MOTION TO DISMISS
## PURSUANT TO FED. R. CIV. P. 41(b) AND LOCAL RULE 1.3

Pursuant to Fed. R. Civ. P. 41(b) and Local Rule 1.3, Defendants Wheaton College and Timothy Barker ("Defendants") move to dismiss Plaintiff Timothy Clarkin's ("Plaintiff's") Complaint in its entirety with prejudice and seek sanctions on the grounds that Plaintiff has failed to prosecute this action, has failed to comply with the Federal Rules of Civil Procedure, and has failed to comply with the Local Rules of this Court. As explained in further detail in the accompanying Memorandum of Law, Plaintiff and his counsel failed to appear at the Scheduling Conference in this action. Furthermore, Plaintiff and his counsel did not respond to Defendants' request for discussion of a proposed written joint statement prior to the Scheduling Conference, did not file a certificate of consultation, and did not present a written settlement proposal to Defendants. Finally, although initial disclosures were due to be served by January 6, 2006, Plaintiff has not served initial disclosures on Defendants as of the date of this Motion, January 20, 2006.

WHEREFORE, pursuant to Fed. R. Civ. P. 41(b) and Local Rule 1.3, Defendants move to dismiss Plaintiff's Complaint with prejudice and request that the Court impose additional sanctions on Plaintiff, including, but not limited to, attorneys' fees incurred by Defendants, based on Plaintiff's failure to prosecute this action, failure to comply with the Federal Rules of Civil Procedure, and failure to comply with the Local Rules of this Court.

Respectfully submitted,

WHEATON COLLEGE and TIMOTHY BARKER,
By their attorneys,

HOLLAND & KNIGHT LLP

*/s/ Maura J. Gerhart*
Miriam J. McKendall, P.C. (BBO# 548825)
Maura J. Gerhart (BBO# 654695)
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Dated:  January 20, 2006

# 3526422_v1

2

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 20, 2006.

/s/ *Maura J. Gerhart*
Maura J. Gerhart, Esq.