UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY CLARKIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WHEATON COLLEGE and<br>PROFESSOR TIMOTHY BARKER,<br><br>　　　　Defendants. | **Civil Action No. 05-11376 NMG** |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1, I hereby certify that Defendants' counsel attempted to confer with Diane P. Caggiano, Esquire, counsel for Plaintiff, in an attempt in good faith to try to resolve and narrow the issues presented by Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(b) and Local Rule 1.3.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　WHEATON COLLEGE and TIMOTHY
　　　　　　　　　　　　　　　　　BARKER,

　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　HOLLAND & KNIGHT LLP

　　　　　　　　　　　　　　　　　*/s/ Maura J. Gerhart*
　　　　　　　　　　　　　　　　　Miriam J. McKendall, P.C. (BBO# 548825)
　　　　　　　　　　　　　　　　　Maura J. Gerhart (BBO# 654695)
　　　　　　　　　　　　　　　　　Holland & Knight LLP
　　　　　　　　　　　　　　　　　10 St. James Avenue
　　　　　　　　　　　　　　　　　Boston, MA  02116
January 20, 2006　　　　　　　　　(617) 523-2700

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 20, 2006.

/s/ Maura J. Gerhart
Maura J. Gerhart, Esq.

# 3521944_v1

2

# 3521944_v1