UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY CLARKIN,<br><br>            Plaintiff,<br><br>v.<br><br>WHEATON COLLEGE and<br>PROFESSOR TIMOTHY BARKER,<br><br>            Defendants. | Civil Action No. 05-11376 NMG |

### AFFIDAVIT OF MIRIAM J. MCKENDALL, ESQ.

I, Miriam J. McKendall, Esq., under oath, hereby state the following to be true:

1. I am a partner at Holland & Knight, LLP, and I represent Defendants Wheaton College and Timothy Barker in the above-captioned action.

2. On December 6, 2005, I conferred with Plaintiff's counsel in the above-captioned action, Diane P. Caggiano, Esq., by phone regarding the issues to be discussed for preparation of the joint statement. I agreed to prepare and send to Plaintiff's counsel a draft of a joint statement for her review.

3. On December 8, 2005, I sent Plaintiff's counsel a letter via facsimile and first class mail with a draft of the joint statement attached for her review.

4. Plaintiff's counsel did not respond to my December 8, 2005 correspondence. I followed up by way of a letter (via facsimile on December 13, 2005), a voicemail message, and electronic mail messages (sent on December 15, 2005 and December 19, 2005) to Plaintiff's counsel, asking for her to respond to the draft of the joint statement.

# 3526506_v1

5.  Plaintiff's counsel never responded to me, despite my repeated attempts to confer about the content of the draft of the joint statement in order to finalize and file it prior to the December 21, 2005 Scheduling Conference.

6.  On December 20, 2005, after failing to receive any response from Plaintiff's counsel, I filed a Statement of Counsel with the Court regarding the issues to be discussed at the Scheduling Conference.

7.  I attended the Scheduling Conference in this case on December 21, 2005. Neither Plaintiff nor Plaintiff's counsel attended the Scheduling Conference.

8.  Per this Court's request, I sent Plaintiff's counsel a letter informing Plaintiff's counsel that the Scheduling Conference had been held in her absence and that the Court requested that she inform the Court of the reason for her failure to attend the Scheduling Conference. I sent that letter to Plaintiff's counsel via facsimile, certified mail, and electronic mail on December 22, 2005. Also, on December 22, 2005, I spoke with Plaintiff's counsel by phone, informed her of the Court's request, and told her to expect that letter. To my knowledge, Plaintiff's counsel has not informed the Court of the reason for her absence.

9.  On January 6, 2006, pursuant to the Court's Scheduling Order, I served the initial disclosures required by Fed. R. Civ. P. 26(a) on Plaintiff's counsel via facsimile, certified mail, and electronic mail.

10. As of the date set forth below, I have not received Plaintiff's initial disclosures, which were due to be served on January 6, 2006, pursuant to this Court's Scheduling Order and Fed. R. Civ. P. 26(a).

Sworn to under the penalties of perjury this 20th day of January, 2006.

/s/ Miriam J. McKendall
Miriam J. McKendall, Esq.

# 3526506_v1                                    2