## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Timothy Clarkin,
          **Plaintiff**

V.

Wheaton College, et al.,
          **Defendant**

CIVIL ACTION

NO.   05-11376

### ORDER OF DISMISSAL

Gorton,  D. J.

In accordance with the Court's allowance of the defendant's motion to dismiss on     5/8/06    , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

5/8/06
**Date**

/s/ Craig J. Nicewicz
**Deputy Clerk**

(Dismendo.ord - 09/92)                                                                                                              [odism.]