UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY CLARKIN,<br><br>          Plaintiff,<br><br>v.<br><br>WHEATON COLLEGE and<br>PROFESSOR TIMOTHY BARKER,<br><br>          Defendants. | Civil Action No. 05-11376 NMG |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO IMPOUND

The defendants Wheaton College ("Wheaton") and Professor Timothy Barker ("Professor Barker"), (collectively, "Defendants"), hereby oppose plaintiff Timothy Clarkin's ("Plaintiff's") Motion to Impound (the "Motion").[1] As grounds therefore, Defendants state as follows:

1.      This case was dismissed by the Court on or about May 8, 2006 because Plaintiff failed to prosecute this action and failed to follow the Local Rules of this Court and the Federal Rules of Civil Procedure.

2.      After almost six months of silence, Plaintiff filed a Verified Motion to Vacate the Order Dismissing this Case and Restore This Case to the Trial List (the "Motion to Vacate") electronically on November 7, 2006 (although Plaintiff served it on Defendants through the mail on or about November 2, 2006). Defendants filed and served an Opposition to the Motion to Vacate on November 16, 2006.

---

[1] Although the Motion is dated November 30, 2006, Defendants were not served with a copy of the Motion by fax until December 21, 2006, and only after Defendants' counsel wrote two letters to Plaintiff's counsel requesting a copy of the Motion, which was filed electronically under seal on December 1, 2006.

3. Through the instant Motion, Plaintiff now seeks to submit medical records[2] of Plaintiff's counsel, Attorney Caggiano, for the Court's review in support of the Motion to Vacate.

4. Defendants oppose this Motion because Plaintiff seeks to submit additional documents to the Court which Defendants have not had an opportunity to review. Defendants have opposed Plaintiff's Motion to Vacate the dismissal of this case on the grounds that Plaintiff has failed to provide any legitimate grounds to vacate this Court's May 8, 2006 Order. As explained in further detail in the Opposition to the Motion to Vacate, Plaintiff has not met the requirements of either Fed. R. Civ. P. 60(b)(1) or (6).

5. If Plaintiff seeks to submit additional documents in support of the Motion to Vacate, Defendants should be given the opportunity to review the content of the additional documents in order to address the impact of these documents, if any, on the arguments before this Court.

6. Plaintiff's counsel did not contact Defendants' counsel to confer regarding their intention to file this Motion to submit additional documents to the Court, as required by Local Rule 7.1(A)(2). If Plaintiff's counsel had contacted Defendants' counsel, Defendants' counsel would have objected to Plaintiff submitting additional documents to the Court in support of the Motion to Vacate without providing Defendants with the opportunity to review and respond to the documents.

7. Defendants will be prejudiced severely if this Court were to review the additional documents and grant Plaintiff's Motion to Vacate. Consequently, Defendants request that they

---

[2] It is unclear from the wording of the Motion whether Plaintiff already attached the medical records to the Motion, notwithstanding that Local Rule 7.2(d) requires him to refrain from filing the records until after the Court rules on the Motion.

# 4263394_v1

be given the opportunity to review the documents and respond as they deem necessary. Defendants will agree to an appropriate confidentiality stipulation, or will agree to review the documents *in camera* if necessary.

For the reasons stated herein, Defendants request that the Court deny the Motion to Impound.

|  |  |
|---|---|
|  | WHEATON COLLEGE and TIMOTHY BARKER, |
|  | By their attorneys, |
|  | HOLLAND & KNIGHT LLP |
|  | */s/ Maura J. Gerhart* |
|  | Miriam J. McKendall, P.C. (BBO# 548825) |
|  | Maura J. Gerhart (BBO# 654695) |
|  | Holland & Knight LLP |
|  | 10 St. James Avenue |
|  | Boston, MA  02116 |
| Dated:  December 22, 2006 | (617) 523-2700 |

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 22, 2006.

/s/ *Maura J. Gerhart*
Maura J. Gerhart, Esq.

# 4263394_v1                                           1